# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMERICAN TRANSMISSION
COMPANY and ATC MANAGEMENT
INC.,

              Plaintiffs,

v.

THOMAS ROBILLARD,

              Defendant.

Case No. 21-CV-1135-JPS

**ORDER**

On October 1, 2021, Plaintiffs filed a federal complaint, pursuant to 18 U.S.C. §§ 1831 *et seq.*, alleging misappropriation of trade secrets. ECF No. 1. On November 26, 2022, the parties filed a stipulation dismissing all claims raised by the parties in the action, with prejudice and without costs. ECF No. 24. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court will adopt the stipulation of dismissal.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 24, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 28th day of November, 2022.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge